## STATE OF CONNECTICUT *v.* LUIS FERNANDO LOPEZ

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 80 Conn. App. 386 (AC 22637), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court's inquiry into a possible conflict of interest between the defendant and defense counsel was inadequate and, if so, did the Appellate Court properly conclude that the defendant was entitled to a reversal of his conviction in the absence of a specific showing of harm?"

The Supreme Court docket number is SC 17123.

*John A. East III*, senior assistant state's attorney, in support of the petition.

*William M. Bloss*, in opposition.

Decided January 13, 2004

## STATE OF CONNECTICUT *v.* STEVEN CLARK

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 224 (AC 22677), is denied.

*Auden Grogins*, special public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided January 13, 2004